

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00693-CR

Badesire **BAHINDWA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5024
The Honorable Mark Luitjen, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

Appellant has filed a pro se motion requesting the appointment of counsel. Appellant is represented by Michael S. Raign, who has filed an *Anders* brief in this appeal and whose motion to withdraw has been held in abeyance. *See In re Schulman*, 252 S.W.3d 403, 410–11 (Tex. Crim. App. 2008) ("Under the *Anders* procedure, the motion to withdraw will not be granted until the appellate court decides whether the appeal is, in fact, wholly frivolous, or whether there are any arguable claims of merit. In either event, the motion to withdraw will then be granted and either the appeal will be [disposed of] or the case abated to the trial court for appointment of new counsel."). By order dated January 9, 2019, appellant was ordered to file his pro se brief by March 11, 2019. No pro se brief was filed, and the appeal is set to be submitted on July 9, 2019. Appellant's motion is DENIED.

It is so **ORDERED** on May 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

